UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GARY ERIC BOLTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN WIEDER, et al.,<br><br>    Defendants. | Case No. 16-cv-01250-LB<br><br>**ORDER OF DISMISSAL**<br><br>[Re: ECF No. 12 ] |

Gary Eric Bolton filed this action under 42 U.S.C. § 1983 complaining about conditions at Napa State Hospital, where he formerly was housed as a pretrial detainee pending restoration of his competency to stand trial. The court dismissed the complaint with leave to amend. (ECF No. 10.[1]) Mr. Bolton's amended complaint is now before the court for review under 28 U.S.C. § 1915A.

The amended complaint does not cure the deficiencies identified in the order of dismissal with leave to amend. The amended complaint fails to state a claim regarding the March 3, 2016 medication hearing; Mr. Bolton does not allege that Dr. Wieder's actions (i.e., seeking a

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

medication order that was not granted and telling an unspecified lie on the record) resulted in Mr. Bolton being forcibly medicated or otherwise being deprived of any constitutional right. The amended complaint also fails to state a claim against Dr. Wieder for opining that Mr. Bolton was not competent; although Mr. Bolton disagrees with Dr. Wieder's opinion, Mr. Bolton fails to make any plausible allegation that he was deprived of any constitutional right as a result of the doctor's expression of a medical opinion. The amended complaint's allegations that Mr. Bolton has been unable to obtain his medical records do not show that any defendant has violated any of Mr. Bolton's constitutional rights. Further leave to amend will not be granted because it would be futile: the court has explained what Mr. Bolton needed to do to allege a claim and he was unable to do so.

For the foregoing reasons, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ERIC BOLTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN WIEDER, et al.,<br><br>    Defendants. | Case No.  16-cv-01250-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Eric Bolton ID: 2120657
2100 Napa Vallejo Highway
Napa, CA 94558


Dated: August 5, 2016

                              Susan Y. Soong
                              Clerk, United States District Court


                              By:_____
                              Nikki D. Riley, Deputy Clerk to the
                              Honorable LAUREL BEELER