UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GARY ERIC BOLTON,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN WIEDER, et al.,<br><br>          Defendants. | Case No. 16-cv-01250-LB<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ERIC BOLTON,

    Plaintiff,

  v.

STEPHEN WIEDER, et al.,

    Defendants.

Case No.  16-cv-01250-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

```
Gary Eric Bolton ID: 2120657
2100 Napa Vallejo Highway
Napa, CA 94558
```

Dated: August 5, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable LAUREL BEELER

16-cv-01250-LB

2